IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BARBARA J. "BOBBI" HIRAGA, | ) | Case No. 4:10-CV-606-BLW |
| Plaintiff, | ) ) ) | ORDER GRANTING |
| v. | ) ) | STIPULATION TO DISMISS WITH PREJUDICE |
| CITY OF SALMON, a municipal entity, and CARY COOK, | ) ) ) | |
| Defendants. | ) ) | |

    The Stipulation for Dismissal With Prejudice having been presented to the Court, and good cause appearing therefor;

    IT IS HEREBY ORDERED, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own costs and attorney fees.

    IT IS FURTHER ORDERED, that the Clerk close this case.

DATED: March 12, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court